UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JANIE KWAK-TRAN and TRUNG TRAN, | Case No. 2:15-cv-00596-LDG-PAL |
| Plaintiffs, | ORDER |
| v. | |
| RUSHMORE LOAN MANAGEMENT SERVICES, LLC, et al., | |
| Defendants. | |

This matter is before the court's review of the docket in this case. Plaintiffs filed the Complaint (Dkt. #1) on April 1, 2015. No answer has been filed. Canon 3C(1)(c) of the Code of Conduct for United States Judges and 28 U.S.C. § 455(b)(4) requires the court to screen cases for financial disqualification or other financial matters that may call for a judge's recusal. Accordingly, Plaintiffs shall file a notice with the court disclosing all persons, associations of persons, firms, partnerships or corporations (including parent corporations) that have a direct, pecuniary interest in the outcome of the case. If there are no known interested parties other than those participating in the case, a statement to that effect must be filed. Additionally, Plaintiffs must promptly file a supplemental notice upon any change in the information contained in the notice.

Accordingly,

**IT IS ORDERED** that Plaintiffs shall file a notice with the court disclosing all persons, associations of persons, firms, partnerships or corporations (including parent corporations) that have a direct, pecuniary interest in the outcome of the case **no later, May 14, 2015.** Failure to

/ / /

/ / /

1

comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 22nd day of April, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE