1
2
3
4
5

JANIE KWAK-TRAN
TRUNG TRAN
8270 Bering Sea Cir.
Las Vegas, NV. 89113
Telephone: (702) 220-9611

PLAINTIFFS IN PRO PER

FILED        RECEIVED
ENTERED      SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 1 3 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

6
7
8
9
10
11

UNITED STATESDISTRICT COURT
FOR THE DISTRICT OF NEVADA
IN AND FOR THE COUNTY OF CLARK

12
13
14
15
16
17
18
19
20

| | |
|---|---|
| JANIE KWAK-TRAN and TRUNG TRAN ) | CASE NO.  2:15-cv-00596-LDG-PAL |
| ) | |
| Plaintiffs,           ) | PLAINTIFF'S VOLUNTARY DISMISSAL |
| ) | OF THE COMPLAINT WITH PREJUDICE |
| vs.                           ) | |
| ) | |
| RUSHMORE LOAN MANAGEMENT ) | |
| SERVICES, LLC, US BANK NATIONAL ) | |
| ASSOCIATION AS LEGAL TITLE ) | |
| TRUSTEE FOR TRUMAN 2013 SC3 ) | |
| TITLE TRUST, and DOES 1-50, inclusive ) | |
| ) | |
| Defendants.        ) | |

21
22
23
24
25
26
27
28

JANIE KWAK-TRAN and TRUNG TRAN ("Plaintiffs") hereby moves to voluntarily

dismiss the complaint filed by them on April 1, 2015, with prejudice, pursuant to Rule 41(a) (2)

of the Federal Rules of Civil Procedure, as asserted against RUSHMORE LOAN

MANAGEMENT SERVICES, LLC, US BANK NATIONAL ASSOCIATION AS LEGAL

TITLE TRUSTEE FOR TRUMAN 2013 SC3 TITLE TRUST, and DOES 1-50 inclusive

("Defendants").  For the convenience of the Court, Plaintiffs have submitted herewith a Proposed

Order of Dismissal, attached hereto as Exhibit 1.

## STATEMENT OF FACTS

On April 1, 2015 Plaintiffs filed the above-referenced complaint In Pro Per.  After meeting with legal counsel and at the advice of legal counsel, Plaintiffs decided to move from the residence located at 8270 Bering Sea Circle, Las Vegas, NV 89113 and dismiss the action against Defendants.

Further, on April 13, 2015 the referenced property was sold at foreclosure.  Shortly thereafter agents for Rushmore contacted the Plaintiffs.  The Plaintiffs requested that they be given 60 days to move from the residence.  Rushmore agreed to allow Plaintiffs to move within 60 days.  Plaintiffs will move from the property on June 16, 2015.

## CONCLUSION

For the reasons set forth above, Plaintiffs, JANIE KWAK-TRAN and TRUNG TRAN respectfully requests that this Court grant their Motion for Voluntary Dismissal with Prejudice and enter the Proposed Order of Dismissal, attached hereto as Exhibit 1.

Dated: _5/9/15_

JANIE KWAK-TRAN

Dated: _5-9-15_

TRUNG TRAN

State of Nevada
County of Clark
This instrument was acknowledged by _Janie Kwak-Tran_
on _05/09/2015_

JIM LIAOS
Notary Public - State of Nevada
County of Clark
APPT. NO. 07-1102-1
My App. Expires Dec. 29, 2018

_05/09/2015_

State of Nevada
County of Clark
This instrument was acknowledged by _Trung Tran_
on _05/09/2015_

JIM LIAOS
Notary Public - State of Nevada
County of Clark
APPT. NO. 07-1102-1
My App. Expires Dec. 29, 2018

_05/09/2015_

///

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I reside in Clark County and not a party to this action, and that on May *13th*, 2015, I caused the PLAINTIFFS' VOLUNTARY DISMISSAL OF THE COMPLAINT WITH PREJUDICE to be served on the following interested parties in this action by placing true copy thereof enclosed in a sealed envelope address as follows:

Brett P. Ryan, Esq.
RCO LEGAL, P.S.
2485 Village View Dr., Suite 190
Henderson, NV 89074

[X]    (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Las Vegas, NV.  I am readily familiar with the postal services practice for collection and processing of correspondence for mailing with the U.S. Postal Service pursuant to which practice the correspondence is deposited with the U.S. Postal Service the same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true to the best of my knowledge.

Executed on May *13th*, 2015, at Las Vegas, Nevada.

ORDER

IT IS SO ORDERED.

DATED this ____ day of ____ 2015.

Lloyd D. George, Sr. U.S. District Judge.